■ The People of the State of New York, Respondent, v Larry Rodriguez, Appellant. [998 NYS2d 300]—

Order, Supreme Court, Bronx County (Seth L. Marvin, J.), entered on or about November 20, 2013, which adjudicated defendant a level three sexually violent predicate sex offender, pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in declining to grant a downward departure (*see People v Gillotti*, 23 NY3d 841, 861 [2014]). The mitigating factors cited by defendant, including his age, did not warrant a departure when viewed in light of defendant's extensive history of recidivism and the violent nature of the underlying crimes. Concur—Tom J.P., Saxe, Feinman, Clark and Kapnick, JJ.